# United States District Court
# Western District of Kentucky
# at Louisville

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **PLAINTIFF** |
| VS. | **CRIMINAL ACTION NUMBER: 3:22MJ-584** |
| **REGINALD BROWN** | **DEFENDANT** |

## ORDER ON PRELIMINARY AND DETENTION HEARING

The above-styled case came before the Honorable Colin H. Lindsay, United States Magistrate Judge via video conference on September 27, 2022, for a preliminary and detention hearing. The defendant appeared in custody from Oldham County Jail. Casey McCall, retained counsel, appeared on behalf of the defendant. Assistant United States Attorney Rob Bonar appeared on behalf of the United States. The proceeding was digitally recorded.

Retained counsel having entered an appearance in this case,

**IT IS HEREBY ORDERED** that the Office of Federal Defender is withdrawn as counsel of record.

Counsel for the defendant requested a continuance. The United States stated no objection. Accordingly,

**IT IS HEREBY ORDERED** that the preliminary and detention hearing is **CONTINUED** to **September 29, 2022, at 2:00 p.m.** via video before the Honorable Regina S. Edwards, United States Magistrate Judge. The defendant is remanded to the custody of United States Marshals Service pending further order of the Court.

September 28, 2022

**ENTERED BY ORDER OF THE COURT:**
**COLIN H. LINDSAY**
**UNITED STATES MAGISTRATE JUDGE**
**JAMES J. VILT JR., CLERK**
**BY: /s/** *Theresa L. Burch*, **Deputy Clerk**

:05